UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CECIL OWENS, | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| | ) No. 5:15-CV-82-FL |
| BLUESTEM BRANDS, INC. doing business as Fingerhut, | ) |
| Defendant. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered July 8, 2015 and September 15, 2015, that this case is dismissed with prejudice.

**This Judgment Filed and Entered on September 28, 2015, and Copies To:**
Andrew W. Lax (via CM/ECF Notice of Electronic Filing)
Samuel Iredell Moss (via CM/ECF Notice of Electronic Filing)
Shireen Hormozdi (via CM/ECF Notice of Electronic Filing)

September 28, 2015      JULIE RICHARDS JOHNSTON, CLERK
                         /s/ Christa N. Baker
                        (By) Christa N. Baker, Deputy Clerk